## COLE v. STATE.  (No. 6966.)

(Court of Criminal Appeals of Texas.  May 10, 1922.)

Criminal law ⚖=1144(13)—In absence of statement of facts, verdict presumed supported.

Where no statement of facts and no bill of exceptions are presented, the appellate court will presume the evidence supported the verdict.

Appeal from District Court, Bexar County; S. G. Tayloe, Judge.

Sis Cole was convicted of theft from the person, and appeals.  Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J.  Appellant was convicted of theft from the person, and her punishment assessed at two years in the penitentiary.

No statement of facts accompanying the record, and no bills of exception are presented complaining of any proceeding during the trial.  We must presume the evidence supported the verdict, and the indictment, charge of the court, and judgment appear to be regular.

The judgment of the trial court is affirmed.

⚖=For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes